**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 25-2112**

───────────────

MARIAN SPENCER SHEARIN,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, Senior District Judge.  (4:23-cv-00107-RAJ-DEM)

───────────────

Submitted:  February 26, 2026                    Decided:  March 2, 2026

───────────────

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────────

Affirmed as modified by unpublished per curiam opinion.

───────────────

Marian Spencer Shearin, Appellant Pro Se.  Garry Daniel Hartlieb, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marian Spencer Shearin appeals the district court's order dismissing her amended civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. But we note the district court's order does not reflect whether the dismissal is made with or without prejudice. Accordingly, we modify the district court's order, *Shearin v. United States*, No. 4:23-cv-00107-RAJ-DEM (E.D. Va. July 23, 2025), to reflect dismissal of Shearin's action without prejudice, *see Goldman v. Brink*, 41 F.4th 366, 369 (4th Cir. 2022) (noting that dismissal for lack of subject matter jurisdiction must be without prejudice because court lacking jurisdiction "has no power to adjudicate and dispose of a claim on the merits" (internal quotation marks omitted)), and affirm the order as modified, *see id.*; 28 U.S.C. § 2106; *Rohan v. Networks Presentations LLC*, 375 F.3d 266, 268 n.1 (4th Cir. 2004) ("We are entitled to affirm the [district] court's judgment on alternate grounds, if such grounds are apparent from the record." (citation modified)).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*

2